UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
*Electronically Filed*

| | |
|---|---|
| NIRANGTAR LLC <br> d/b/a RED ROOF INN CAVE CITY <br><br> Plaintiff, <br><br> v. <br><br> NAVIGATORS SPECIALTY <br> INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:23-cv-184-GNS |

**NAVIGATORS SPECIALTY INSURANCE COMPANY'S**
**NOTICE OF REMOVAL**

Comes Defendant Navigators Specialty Insurance Company ("Defendant"), by counsel, and for its notice of removal of this action from Barren Circuit Court to the United States District Court for the Western District of Kentucky, Bowling Green Division, states as follows:

1. On December 4, 2023, Plaintiff Nirangtar LLC d/b/a Red Roof Inn Cave City ("Plaintiff") filed a Complaint in the Barren Circuit Court as state court case number 23-CI-00650, naming this Defendant.

2. On December 8, 2023, Defendant was served with Plaintiff's Complaint. A copy of the pleadings filed in the state court action are attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(a).

3. Plaintiff is a Kentucky limited liability company with its principal place of business in Kentucky.

4. Defendant is a New York corporation with its principal place of business in Connecticut, with the registered agent as CT Corporation System, 306 W. Main Street, Suite 512,

Frankfort, Kentucky 40601.

5. The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) and is one that Defendant may remove to this Court under 28 U.S.C. § 1441(a), because this is an action between citizens of different states.

6. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, based on Plaintiff's request for punitive damages for insurance bad faith in its Complaint in addition to breach of contract, which Plaintiff has estimated to be in excess of $300,000.00.

7. This notice of removal is filed within the thirty (30) days after the Defendant was served and thereby became aware of the removability of this case and within one year of the commencement of this action, as is required by 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant hereby certifies that it has notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing of Notice of Removal," attaching a copy of this "Notice of Removal," with the Clerk of the Shelby Circuit Court, which will send notifications of same to all counsel/parties and by mailing a copy to Plaintiff's counsel.

**DATE: December 28, 2023.**

Respectfully submitted,

*/s/ W. Douglas Kemper*
W. Douglas Kemper
WILSON ELSER MOSKOWITZ EDELMAN
   & DICKER, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY  40207
(502) 238-8500
doug.kemper@wilsonelser.com
*Counsel for Defendant Navigators*
*Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that the foregoing was filed with the Court via the CM/ECF e-filing system, on this the 28th day of December 2023, to which an emailed version of same was provided to the following counsel of record:

Benjamin Lee Kessinger, III
Mason Moore Kessinger
Kessinger Law Group, PLLC
120 Kentucky Ave., Suite 220
Lexington, KY 40502
(859) 253-2105
Lee@KessingerLaw.com
Mason@KessingerLaw.com
*Counsel for Plaintiff*

                */s/ W. Douglas Kemper*
                *Counsel for Defendant Navigators*
                *Specialty Insurance Company*